**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 24, 2021.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-21-00270-CV

---

### IN RE S. J., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**300th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 102600-F**

---

## MEMORANDUM OPINION

On May 17, 2021, relator S. J., the mother of the children in the underlying divorce suit, filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable K. Randall Hufstetler, presiding judge of the 300th District Court of Brazoria County, to vacate his April 5, 2021, oral temporary orders.

Relator has not shown that she is entitled to mandamus relief.  Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Hassan.